UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESSE PERRY, for Himself and all Other Similarly Situated Individuals, JOSHUA BURCHFIELD, for Himself and all Other Similarly Situated Individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT COUNTY,<br>SCOTT COUNTY SHERIFF,<br>RONNIE PHILLIPS, in his<br>Official Capacity,<br>JOHN OR JANE DOES, Each<br>Defendant Officers Sued and Severally,<br><br>    Defendants. | No.:   3:17-CV-234-TAV-HBG |

## ORDER

For the reasons explained in the memorandum opinion entered contemporaneously with this order, defendants' Motion for Summary Judgment [Doc. 62] is hereby **GRANTED in part**. Plaintiffs' claims under 42 U.S.C. §§ 1983, 1985, and 1988 are **DISMISSED with prejudice** against all defendants. Plaintiffs' remaining state-law claims are **DISMISSED without prejudice** against all defendants. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                s/ Thomas A. Varlan
                                UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
    CLERK OF COURT